XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KELLY A. SAMSON, State Bar No. 266927
Acting Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7345
 Fax: (916) 324-5205
 E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendant
A. Toralba*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH LEON McDANIEL,**<br><br>Plaintiff,<br><br>v.<br><br>**JOE LIZARRAGA, et al.,**<br><br>Defendants. | 2:19-cv-01136 JAM KJN P<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TORALBA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: The Honorable Kendall J. Newman<br>Trial Date: None set<br>Action Filed: June 20, 2019 |

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate:

1. Defendant Toralba was served with a summons and complaint via substituted service on or about November 12, 2019.

2. Defendant's counsel requires additional time to confer with his client and to prepare a file a response to the complaint.

3. Accordingly, the parties stipulate that Defendant shall have to and including January 3, 2020 to file her response to Plaintiff's complaint.

1

Dated: December 6, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KELLY A. SAMSON
Acting Supervising Deputy Attorney General


*/s/ Arthur B. Mark III*
ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendant*
*A. Toralba*


LAW OFFICES OF CHARLES KELLY KILGORE


*/s/ Charles Kelly Kilgore*
CHARLES KELLY KILGORE
*Attorney for Plaintiff*
*Joseph L. McDaniel*

**ORDER**

The parties having stipulated to extend the time in which Defendant Toralba may respond to the complaint and good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation (ECF No. 9) is GRANTED.
2. Defendant Toralba shall respond to the complaint on or before January 3, 2020.

Dated: December 11, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcda1136.eot2