XAVIER BECERRA, State Bar No. 118517
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7345
 Fax: (916) 324-5205
 E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*J. Lizarraga and R. Hawkins*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH LEON McDANIEL,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**JOE LIZARRAGA, et al.,**<br><br>                                    Defendants. | 2:19-cv-01136 JAM KJN (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS LIZARRAGA AND HAWKINS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:        The Honorable Kendall J. Newman<br>Trial Date:   None Set<br>Action Filed: June 20, 2019 |

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate:

1. Defendant Lizarraga was purportedly personally served with a summons and complaint at a personal address on or about December 14, 2019, and Defendant Hawkins was purportedly served via substitute service on or about December 4, 2019. Neither Mule Creek State Prison nor the Office of the Attorney General (OAG) were aware of these services until on or about May 22, 2020.

1

Stipulation Extending Time for Lizarraga and Hawkin's Resp. (2:19-cv-01136 JAM KJN)

2. Mr. Lizarraga requested representation by the OAG on or about June 5, 2020, and Dr. Hawkins requested representation on or about June 9, 2020.

3. Defendants' counsel requires time to confer with his clients and to prepare and file appropriate responses to the complaint.

4. Accordingly, the parties stipulate that Defendants Lizarraga and Hawkins shall have up to and including July 28, 2020, to file their responses to Plaintiff's complaint.

Dated:  June 10, 2020                         Respectfully submitted,

XAVIER BECERRA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General


*/s/ Arthur B. Mark III*
ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants*
*J. Lizarraga and R. Hawkins*


LAW OFFICES OF CHARLES KELLY KILGORE

*/s/ Charles Kelly Kilgore*
CHARLES KELLY KILGORE
*Attorney for Plaintiff*
*Joseph L. McDaniel*

2

Stipulation Extending Time for Lizarraga and Hawkin's Resp. (2:19-cv-01136 JAM KJN)

**ORDER**

The parties having stipulated to extend the time in which Defendants Lizarraga and Hawkins may respond to the complaint and good cause appearing,

IT IS HEREBY ORDERED that the stipulation (ECF No. 35) is GRANTED, and Defendants Lizarraga and Hawkins shall respond to the complaint on or before July 28, 2020.

Dated:  June 11, 2020

/mcda1136.stip

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

Stipulation Extending Time for Lizarraga and Hawkin's Resp. (2:19-cv-01136 JAM KJN)