UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEON MCDANIEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1136 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding through counsel.  On August 31, 2020, plaintiff personally filed, pro se, a motion for extension of time to file objections to the August 7, 2020 findings and recommendations.  Plaintiff acknowledges the motion was filed after the deadline to object.  Although the motion bears counsel's identifying information on the first page of the motion, and plaintiff claims both he and his counsel are bringing the motion (ECF No. 44 at 1), the motion is not signed by counsel, but rather by plaintiff himself.  Moreover, the document was not filed through the CM/ECF fling system such that the court could presume counsel had electronically signed the filing.  E.D. L.R. 131(c).  Rather, plaintiff appended a proof of service confirming he mailed the filing from Mule Creek State Prison.  (ECF No. 44 at 5.)

　　　　Plaintiff is represented by counsel.  Any court filing must be signed by plaintiff's attorney of record.  Fed. R. Civ. P. 11(a), E.D. L.R. 131(b).  Therefore, plaintiff's motion is stricken from the court record.  Plaintiff's counsel is granted seven days in which to renew such motion,

although he is not required to do so.  Absent such filing, the August 7, 2020 findings and recommendations will be forwarded to the district court for review.

Plaintiff is cautioned that so long as he is represented by counsel, plaintiff may not personally file documents in this action.  Only plaintiff's counsel of record is allowed to file documents herein.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's pro se motion for an extension of time (ECF No. 44) is stricken;

2. The Clerk of the Court is directed to strike plaintiff's motion (ECF  No. 44);

3. Plaintiff's counsel is granted seven days from the date of this order in which to renew such motion; and

4. The Clerk of the Court shall serve a courtesy copy of this order on Joseph Leon McDaniel, CDCR #H18541, Mule Creek State Prison, P.O. Box 409060, Ione, CA  95640.

Dated:  September 3, 2020

/mcda1136.36d

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2