# UNITED STATES DISTRICT COURT

| Eastern District | **District of** | California |
|---|---|---|

Joseph Leon McDaniel, et al.
                              Plaintiff (s),

                    v.

Joe Lizarraga, et al.

                              Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  2:19-cv-01136-JAM-

Notice is hereby given that, subject to approval by the court,   Joe Lizarraga   substitutes
                                                                                    (Party (s) Name)

   Michael A. Terhorst   , State Bar No.   164679   as counsel of record in place
              (Name of New Attorney)

place of   Arthur Mark   .
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

       Firm Name:        Beeson Terhorst, LLP

       Address:          510 Bercut Drive, Suite V, Sacramento, CA 95811

       Telephone:        916-444-3400            Facsimile  916-444-3421

       E-Mail (Optional):  michael@beesonterhorst.com

I consent to the above substitution.

Date:    09/22/2020                                   /S/ Joe Lizarraga

                                                      (Signature of Party (s))

I consent to being substituted.

Date:    09/29/2020                                   /S/ Arthur Mark
                                                      (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    09/22/2020                                   /S/ Michael A. Terhorst
                                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    October 15, 2020                             /s/ Kendall J. Newman

                                                      Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**
Dated:  October 16, 2020