Charles Kelly Kilgore (SBN 173520)
Em: Idefendem@gmail.com
9025 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90211
Ph: (310) 994-9883
Fx: (413) 691-7310

Attorney for Plaintiff:
Joseph McDaniel

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MCDANIEL<br><br>    Plaintiff,<br><br>    Vs.<br><br>JOE LIZARRAGA, ET AL., WARDEN, MCSP; DR. CARMELINO GALANG, MD, SJGH; MS. KELLY MARTINEZ, RN, MCSP; DR. JERRY CROOKS, MD, SJGH; DR. ROBERT M. HAWKINS, MD, MCSP; DR. MOHAMED IBRAHIM, MD, DHM; MS. ANABEL TORALBA, RN, MCSP; MS. L. MICAEL, RN, MCSP; DR. JAMES LIN, MD, MHS, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITES,<br><br>    Defendants | CASE:2:19-cv-01136 JAM KJN P<br><br>[PROPOSED] ORDER re<br><br>REQUEST FOR EXTENSION OF<br><br>TIME: PER DOCUMENTS 54 and<br><br>42<br><br><br>Judge: The Honorable Kendall<br><br>J. Newman<br><br>Trial Date: None set<br><br>Action Filed: June 20, 2019 |

Plaintiff is a state prisoner, proceeding through counsel. On November 13, 2020, plaintiff's counsel filed two motions for sixty-days extensions of time, both signed by counsel under penalty of perjury. However, both motions appear to be identical. Although counsel docketed the motions as applying to findings and recommendations

docketed as ECF Nos. 42 and 54, the motions do not specifically reference the August 7, 2020 findings and recommendations (ECF No. 42).  In addition, the motions state that this is "my first request for enlarment [sic] of time in which to file Plaintiff's 'OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE' in the above-named case."  (ECF Nos. 59 at 1-2; 60 at 1-2.)  While such statement is true as to the October 15, 2020 findings and recommendations, such statement is not true as to the August 7, 2020 findings and recommendations.[1]  Thus, the court will not consider either motion as applying to the August 7, 2020 findings and recommendations.  Because the motions are duplicative, the second motion is stricken.  Just as counsel was previously advised concerning his obligation to calendar court deadlines (ECF No. 48 at 1), counsel should carefully review documents before filing them on the official court record.  In an abundance of caution, plaintiff's counsel is granted fourteen days in which to file a motion for further extension of time to file objections to the August 7, 2020 findings and recommendations.[2]

---

[1] Counsel may recall that plaintiff filed an untimely pro se motion to extend the deadline to file objections to the August 7, 2020, which was stricken, and counsel was granted an extension of time to properly request an extension of time.  On September 14, 2020, plaintiff was granted sixty days in which to file objections to the August 7, 2020 findings and recommendations.  Thus, plaintiff has had over three months in which to prepare and file objections.

[2] Should counsel again request an extension of time to file objections to the August 7, 2020 findings and recommendations, he should provide substantial cause to support such request, and explain his delay.  For example, in the November 13, 2020 motion, counsel states that he is "awaiting important documents" from a

Plaintiff's first request to extend time to file objections to the October 15, 2020 findings and recommendations is granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's November 13, 2020 motion (ECF No. 60) is duplicative of his first motion (ECF No. 59) and is stricken.

2.  The Clerk of the Court shall strike the second motion (ECF No. 60).

3.  Plaintiff's November 13, 2020 motion (ECF No. 59) is granted.

4.  Plaintiff shall file objections to the October 15, 2020 findings and recommendations (ECF No. 54) within sixty days from the date of this order.

Dated:  November 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcda1136.ext.dup

---

California state agency, but he does not indicate when he requested such documents.