IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH LEON McDANIEL,** | Case No. 2:19-cv-1136 JAM KJN P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |
| v. | |
| **JOE LIZARRAGA, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel. On January 28, 2021, defendants filed a request for extension of time to respond to plaintiff's objections (ECF No. 74) to findings and recommendations (ECF No. 54). Good cause appearing, the request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request, construed as a motion (ECF No. 78), is granted; and

2. Defendants' response to plaintiff's objections to the findings and recommendations shall be filed on or before February 19, 2021.

Dated: January 31, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcda1136.eot.rep