UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEON MCDANIEL,<br><br>Plaintiff,<br><br>v.<br><br>JOE LIZARRAGA, et al.,<br><br>Defendants. | No.  2:19-cv-1136 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, who proceeds through counsel, with this civil rights action seeking relief under 42 U.S.C. § 1983.  On March 17, 2021, counsel for plaintiff filed two documents purporting to be plaintiff's response to defendant's opposition to plaintiff's motion to amend the complaint (ECF No. 87) and plaintiff's reply to defendant's response to plaintiff's objections to pending findings and recommendations (ECF No. 88).  Both documents stop mid-sentence at the bottom of page three, and neither document bears counsel's signature.  As the court reminded plaintiff on September 3, 2020, "[a]ny court filing must be signed by plaintiff's attorney of record. Fed. R. Civ. P. 11(a), E.D. L.R. 131(b)."  (ECF No. 45 at 1.)  Therefore, counsel for plaintiff is granted seven days to rectify his filings.  Failure to do so will result in a court order striking both filings.  Fed. R. Civ. P. 11(a).

////

////

1

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this order, counsel for plaintiff shall refile the documents e-filed on March 17, 2021, ensuring that the entire document is filed and bears the electronic signature of counsel. Local Rule 131(c).

Dated: March 18, 2021

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcda1136.r11

2