Charles Kelly Kilgore (SBN 173520)
Em: Idefendem@gmail.com
9025 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90211
Ph: (310) 994-9883
Fx: (413) 691-7310
Attorney for Plaintiff: Joseph McDaniel

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MCDANIEL<br><br>    Plaintiff,<br><br>Vs.<br><br>JOE LIZARRAGA, ET AL., WARDEN, MCSP; DR. CARMELINO GALANG, MD, SJGH; MS. KELLY MARTINEZ, RN, MCSP; DR. JERRY CROOKS, MD, SJGH; DR. ROBERT M. HAWKINS, MD, MCSP; DR. MOHAMED IBRAHIM, MD, DHM; MS. ANABEL TORALBA, RN, MCSP; MS. L. MICAEL, RN, MCSP; DR. JAMES LIN, MD, MHS, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITES,<br><br>    Defendants | CASE: 2:19-CV-01136 JAM KJN<br><br>[PROPOSED] ORDER re<br><br>REQUEST FOR EXTENSION OF<br><br>TIME: PER ORDER (94) OF<br><br>4/30/21<br><br><br><br>Trial Date: None set<br><br>Action Filed: June 20, 2019 |

Plaintiff is a state prisoner proceeding through counsel. On April 30, 2021, the undersigned issued an order adopting findings and recommendations. (ECF No. 94.) On May 5, 2021, counsel for plaintiff filed a motion for 60 day extension of time to "respond" to such order. (ECF No. 95.)

To the extent plaintiff seeks an extension of time to file an application for reconsideration of the April 30, 2021 order under Local Rule 230(j), plaintiff's request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 95) is granted; and

2. Plaintiff is granted sixty days to file an application for reconsideration of the April 30, 2021 order (ECF No. 94). Defendants may file a response thirty days thereafter.

DATED: May 6, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE