1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH LEON MCDANIEL,                    No.  2:19-cv-1136 JAM KJN P

12                    Plaintiff,

13        v.                                   ORDER

14    JOE LIZARRAGA, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding through counsel, filed this civil rights action seeking

18    relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 1, 2021, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections

23    to the findings and recommendations.  Defendant Crooks filed a reply.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court conducted a de novo review of this case.  Having carefully reviewed the entire file, the court

26    finds the findings and recommendations to be supported by the record and by proper analysis.

27    ////

28    ////

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2021, are adopted in full;

2. Defendant Crooks' motion to dismiss (ECF No. 58) is granted; and

3. Defendant Crooks is dismissed from this action with prejudice.


DATED:  October 1, 2021                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE