1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH MCDANIEL,                        No.  2:19-cv-1136 JAM KJN P

12              Plaintiff,                     ORDER FINDING SERVICE OF AMENDED
                                               COMPLAINT APPROPRIATE FOR
13        v.                                   DEFENDANT WILKENSON, AND
                                               DIRECTING SERVICE
14    JOE LIZARRAGA, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant

18   to 42 U.S.C. § 1983, and paid the filing fee.  This matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Plaintiff filed his

20   amended complaint on October 31, 2021.

21        Plaintiff's amended complaint states a potentially cognizable claim for relief pursuant to

22   42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendant Stan Wilkenson.  The Clerk of the

23   Court is directed to issue summons to plaintiff for purposes of service of process.  See Federal

24   Rule of Civil Procedure 4.  Plaintiff shall complete service of process in accordance with Federal

25   Rule of Civil Procedure 4 within sixty days from the date of this order.  Plaintiff shall serve a

26   copy of this order on defendant Wilkenson together with a summons and a copy of the amended

27   complaint.

28   ////

                                                    1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2         1.  The Clerk of the Court is directed to issue and send plaintiff one summons, for

3    defendant Stan Wilkenson.  The Clerk shall also send plaintiff one copy of the form "Consent to

4    Proceed Before United States Magistrate Judge" with this order.

5         2.  Plaintiff shall complete service of process on the defendant within sixty days from the

6    date of this order.  Plaintiff shall serve a copy of this order and a copy of the form "Consent to

7    Proceed Before United States Magistrate Judge" on defendant at the time the summons and

8    complaint are served.

9         3.  Defendant shall reply to the complaint within the time provided in Fed. R. Civ. P.

10   12(a).

11   Dated:  May 31, 2022

12

13   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

14

     /mcda1136.8.aty

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2