UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEON MCDANIEL, | No.  2:19-cv-1136 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant Micael filed objections to the findings and recommendations.  No reply was filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2022, are adopted in full;
2. Defendant Lin's motion to dismiss (ECF No. 116) is granted;
3. Defendant Lin is dismissed from this action with prejudice;
4. Defendant Micael's motion to dismiss (ECF No. 118) is partially granted;
5. Plaintiff's request for declaratory relief is dismissed;
6. Plaintiff's claims against defendants based on their official capacities are dismissed;
7. Defendant Micael's motion to dismiss plaintiff's Eighth and First Amendment claims is denied;
8. Defendant Micael's motion for qualified immunity is denied without prejudice; and
9. Defendant Micael is directed to file a responsive pleading within twenty-one days.

DATED: July 26, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE