Charles Kelly Kilgore (SBN 173520)
Em: Idefendem@gmail.com
9025 Wilshire Blvd.
Suite 304
Beverly Hills, CA 90211
Ph: (310) 994-9883
Fx: (413) 691-7310
Attorney for Plaintiff: Joseph McDaniel

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MCDANIEL<br><br>　　　　Plaintiff,<br><br>　　　　Vs.<br><br>JOE LIZARRAGA, ET AL., WARDEN, MCSP; DR. CARMELINO GALANG, MD, SJGH; MS. KELLY MARTINEZ, RN, MCSP; DR. JERRY CROOKS, MD, SJGH; DR. ROBERT M. HAWKINS, MD, MCSP; DR. MOHAMED IBRAHIM, MD, DHM; MS. ANABEL TORALBA, RN, MCSP; MS. L. MICAEL, RN, MCSP; DR. JAMES LIN, MD, MHS, STAN WILKENSON, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITES,<br><br>　　　　Defendants | CASE: 2:19-cv-01136-DAD-KJN<br><br>[PROPOSED] ORDER re<br><br>REQUEST FOR DISMISSAL OF<br><br>DEFENDANT WILKENSON<br><br>Judge: The Honorable Kendall J. Newman<br><br>Trial Date: None set<br><br>Action Filed: June 20, 2019 |

Plaintiff, through counsel, moves for voluntary dismissal of defendant Wilkenson. Good cause appearing, plaintiff's motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to dismiss defendant Wilkenson (ECF No. 140) is granted; and

2.  Defendant Wilkenson is dismissed from this action.

Dated: October 20, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcda1136.dsm.W