ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7345
 Fax:  (916) 324-5205
 E-mail:  Arthur.Mark@doj.ca.gov
*Attorneys for Defendant*
*L. Micael*

CHARLES KELLY KILGORE
STATE BAR NO. 173520
9025 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90211
Telephone: (310) 994-9883
E-mail:  idefendem@gmail.com
*Attorney for Plaintiff*
*Joseph L. McDaniel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH LEON McDANIEL,<br><br>                              Plaintiff,<br><br>         v.<br><br>JOE LIZARRAGA, et al.,<br><br>                              Defendants. | Case No. 2:19-cv-1136 DAD KJN P<br><br>**STIPULATION AND REVISED DISCOVERY AND SCHEDULING ORDER RESETTING DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**<br><br>Judge:          Hon. Kendall J. Newman<br>Trial Date:    None set<br>Action Filed:  June 20, 2019 |

    Plaintiff and Defendant Micael, by and through their attorneys of record, hereby request the

Court extend the discovery and dispositive motions deadlines recently set by the Court's

Discovery and Scheduling Order (ECF No. 149) by a period of sixty days respectively, as

follows:

1

1. The parties may conduct non-expert discovery[1] until February 2, 2024 and any motions to compel discovery shall be filed by that date;

2. All pretrial motions, except motions to compel discovery, shall be filed on or before May 3, 2024; and

3. Deadlines for expert disclosures and discovery shall be set following the resolution of any dispositive motions.

Good cause for the extension is as follows.

1. On August 9, 2023, the Court granted Defendant Ibrahim's motion for judgment on the pleading and dismissed Defendant Ibrahim from this action, leaving Defendant Micael and Plaintiff as the only parties to this action (ECF No. 148);

2. On August 14, 2023, the Court issued its Discovery and Scheduling Order in this matter (ECF No. 149);

3. After reviewing the Discovery and Scheduling Order, on August 17, 2023 the undersigned met and conferred on discovery and scheduling and the deadlines in the Court's order. Specifically, the parties agree a sixty-day extension of the deadlines is necessary for the following reasons:

    a. Plaintiff's counsel is currently preparing for a murder trial, set to begin in early October, requiring him to devote his time and attention to preparing for and trying that matter, including preparation of expert witnesses;

    b. Plaintiff is incarcerated, thus communications between Plaintiff and his counsel are necessarily delayed; and

    c. the additional time will give the parties the ability to assess what discovery may be needed in light of the current posture of this case.

Accordingly, the parties request the Court grant their request.

---

[1] As this is a prisoner case, the parties also agreed that no initial disclosures are required, per Federal Rule of Civil Procedure 26.

1  IT IS SO STIPULATED.

DATED: August 22, 2023

*/s/ Arthur B. Mark*
ARTHUR B. MARK III
Deputy Attorney General
Attorneys for *Defendant*
*L. Micael*

DATED: August 22, 2023

*/s/ Charles Kelly Kilgore*
CHARLES KELLY KILGORE
*Attorney for Plaintiff*
*Joseph McDaniel*

3

Stipulation and [Proposed] Order Resetting Discovery and Dispositive Motions Deadlines (2:19-cv-1136 DAD KJN P)

# ORDER

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation is GRANTED.  The Discovery and Scheduling Order (ECF No. 149) is modified as follows:

1. The parties may conduct non-expert discovery until February 2, 2024, and any motions to compel discovery shall be filed by that date;

2. All pretrial motions, except motions to compel discovery, shall be filed on or before May 3, 2024; and

3. Deadlines for expert disclosures and discovery shall be set following the resolution of any dispositive motions.

Dated:  August 23, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/mcda1136.16b