1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH MCDANIEL,                              No.  2:19-cv-1136 DAD KJN P

12                   Plaintiff,

13            v.                                     ORDER

14    JOE LIZARRAGA, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  All defendants have been dismissed from this

20    action except for defendant Luwam Micael.  On September 21, 2023, defendant Micael and

21    plaintiff filed a stipulation for voluntary dismissal of this case and all claims against defendant

22    Micael with prejudice.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The stipulation for voluntary dismissal with prejudice by defendant Micael and

25    plaintiff (ECF No. 153) is granted;

26          2.  All claims against defendant Micael are dismissed with prejudice;

27          3.  This action is dismissed with prejudice; and

28    ////

                                                    1

1        4.  The Clerk of the Court is directed to enter judgment and terminate this action.

2  Dated:  September 25, 2023

3

4  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

5  /mcda1136.dsm

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2